# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| DERRICK LEE WALKER, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CV412-023 |
| AL ST. LAWRENCE, | ) ) ) |
| Respondent. | ) |

## REPORT AND RECOMMENDATION

Indicted on March 2, 2011 on drug charges, *see* attached state court docket, Derrick Lee Walker petitions this Court under 28 U.S.C. § 2241, doc. 1, and moves for leave to file it *in forma pauperis* (IFP). Doc. 4. Jailed for nineteen months with, he alleges, no bail or a speedy trial (the attached shows a February 13, 2012 "trial docket call"), he seeks relief from this Court on his constitutional speedy trial grounds. Doc. 1 at 1-4.

The Court **GRANTS** his IFP motion (doc. 4) but concludes his petition must be dismissed. Pretrial § 2241 petitions must be exhausted. *Wilkinson v. Dotson*, 544 U.S. 74, 79 2005) (all habeas corpus actions "require a petitioner to fully exhaust state remedies"); *Thomas v. Crosby*,

371 F.3d 782, 812 (11th Cir. 2004) (Tjoflat, J., concurring) ("Among the most fundamental common law requirements of § 2241 is that petitioners must first exhaust their state court remedies."). Georgia law

> allows pretrial detainees to raise each of these types of claims either during state criminal proceedings or collaterally in a state habeas corpus action. *See Perera v. Miller*, 283 Ga. 583, 662 S.E.2d 544, 544 (Ga. 2008) (noting that criminal defendants can bring speedy trial claim and ineffective assistance of counsel claims during the course of criminal proceedings); *Jackson v. State*, 279 Ga. 449, 614 S.E.2d 781, 783–84 (Ga. 2005) (ruling on speedy trial claim and due process claim based on preindictment delay; claims initially brought in motion for a new trial and reasserted on direct appeal); *Rainwater v. Langley*, 277 Ga. 127, 587 S.E.2d 18, 19–20 (Ga. 2003) (challenging pretrial detention in state habeas petition); *Banks v. Waldrop*, 272 Ga. 475, 531 S.E.2d 708, 708 (Ga. 2000) (holding that challenge to pretrial detention based on contention of improper denial of bail is properly brought in state habeas petition); *McClure v. Hopper*, 234 Ga. 45, 214 S.E.2d 503, 506 (Ga. 1975) (holding that claim based on denial of a timely first appearance may be cognizable in habeas corpus action).

*Harvey v. Corbin*, 2011 WL 4369828 at * 2 (S.D. Ga. Aug. 12, 2011). As in *Harvey*, Walker "has not alleged, and there is nothing in the record to suggest, that he filed a state habeas petition challenging his pre-trial detention." *Id.* Therefore, his petition (doc. 1) should be **DISMISSED WITHOUT PREJUDICE** so that he may exhaust available state remedies.

**SO REPORTED AND RECOMMENDED,** this 13th day of February, 2012.

_____
**UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA**



### CHATHAM COUNTY, GA
### Eastern Judicial Circuit of Georgia

Home   Magistrate Court   Probate Court   State Court   Superior Court   Juvenile Court   Court Forms   Court Fees

February 10, 2012    Location: Case Details

*input your search...*

- CASE LOOKUP
- COURT FORMS
- COURT FEES
- MAP & DIRECTIONS
- JURY SERVICES
- SITE SEARCH

## Case Details

### State VS. WALKER, DERRICK LEE

- Case Events
- Charges
- Parties
- Proceedings

**Case Information**

| | |
|---|---|
| Court: | Superior |
| Case Number: | CR110528 |
| Case Type: | DRUGS - SALE/TRAFFICKING |
| Judge: | HONORABLE LOUISA ABBOT |
| Assistant District Attorney: | JUSTIN MAINES |
| Date Filed: | 3/2/2011 |
| Status: | ACTIVE - |
| Next Event: | 2/13/2012 TRIAL DOCKET CALL |

**Defendant Information**

| | |
|---|---|
| Name: | WALKER, DERRICK LEE |
| DIN: | S0095443 |
| Gender: | MALE |
| Race: | AFRICAN AMERICAN |
| Height: | 67 |
| Weight: | 190 |
| Eyes: | BROWN |
| Hair: | BLACK |



Chatham County Sheriff S0095443

Click for large Picture

Defendant History

**Attorney Information**

JUNE FOGLE
540 EAST OGLETHORPE AVE
SAVANNAH, GA
31401

**Bondsman Information**

N/A

**Case Events**

| Date | Time | Code | Judge | Action |
|---|---|---|---|---|
| 2/13/2012 | 09:00AM | TRIAL DOCKET CALL | LOUISA ABBOT | |
| 12/8/2011 | 2:00PM | TRIAL DOCKET CALL | LOUISA ABBOT | RESCHEDULE EVENT |
| 11/14/2011 | 09:00AM | TRIAL DOCKET CALL | LOUISA ABBOT | RESCHEDULE EVENT |
| 9/22/2011 | 3:00PM | PLEA HEARING | LOUISA ABBOT | OTHER |
| 9/15/2011 | 10:00AM | PLEA HEARING | LOUISA ABBOT | RESCHEDULE EVENT |
| 8/11/2011 | 10:00AM | PLEA HEARING | LOUISA ABBOT | RESCHEDULE EVENT |
| 6/16/2011 | 10:00AM | PLEA HEARING | LOUISA ABBOT | RESCHEDULE EVENT |
| 4/12/2011 | 10:00AM | STATUS CONFERENCE HEARING | LOUISA ABBOT | |

[Return to Top]

**Charges**

| Charge | Description | Counts | Severity | Charge Date | Disposition |
|---|---|---|---|---|---|
| 16-13-30(B)SELL | SALE OF CONTROLLED SUBSTANCE | 1 | FELONY | 8/30/2010 | |
| 16-13-32.3 | USE COMMUNICATION FAC. FOR CRIMINAL USE | 1 | FELONY | 8/30/2010 | |
| 16-13-30(B)Sell | SALE OF CONTROLLED SUBSTANCE | 1 | FELONY | 8/30/2010 | |

[Return to Top]

**Proceedings**

| | | | | |
|---|---|---|---|---|
| 2/13/2012 | 09:00AM | TRIAL DOCKET CALL | | LOUISA ABBOT |
| 2/1/2012 | | PRO SE MOTION | | NTC OF APPEAL/ |

| Date | Time | Event | Status | Judge | Description |
|---|---|---|---|---|---|
| 1/27/2012 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | ADDRESSED TO ATTY M. EDWARDS/ |
| 1/13/2012 | | ORDER | | | SIGNED ORDER ON DEFS PRO SE DEMAND TO DISMISS CHARGES - STRICKEN/ |
| 1/13/2012 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | ADDRESSED TO MICHAEL EDWARDS/ |
| 1/11/2012 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | DISMISSED | | DEMAND TO DISMISS CHARGES/ |
| 1/11/2012 | | ORDER | | | SIGNED ORDER ON MTN TO SUBPOENA THE INVESTIGATOR OF THE PD OFFICE MR. MACKY - DISMISSED/ |
| 1/4/2012 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | DISMISSED | | MTN TO SUBPOENA THE INVESTIGATER OF THE PD OFFICE MR. MACKY/ |
| 1/4/2012 | | ORDER | | | SIGNED ORDER ON MTN TO SUBPOENA ATTY JENNIFER BURNS OF THE PD OFFICE - DENIED/ |
| 12/30/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | DENIED | | MTN TO SUBPOENA ATTY J. BURNS OF PD OFFICE/ |
| 12/16/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | REQUEST ALL MTNS/ |
| 12/13/2011 | | ORDER | | | SIGNED ORDER ON MTN TO REDUCE BOND - STRICKEN/ |
| 12/8/2011 | | PRO SE MOTION | STRICKEN | | MTN FOR BOND/ |
| 12/8/2011 | | PRO SE MOTION | STRICKEN | | MADDOX MTN AND RULE NISI TO PRODUCE AND PRESERVE EVIDENCE/ |
| 12/8/2011 | 2:00PM | TRIAL DOCKET CALL | RESCHEDULE EVENT | LOUISA ABBOT | |
| 12/7/2011 | | ORDER | | | SIGNED ORDER ON PRO SE MTN FOR REDUCTION IN BOND - STRICKEN/ |
| 11/23/2011 | | PRO SE MOTION | STRICKEN | | MTN FOR PRODUCTION IN LAYMEN TERMS PRO-SE/ |
| 11/21/2011 | | PRO SE MOTION | STRICKEN | | MTN FOR REDUCTION OF BOND/ |
| 11/15/2011 | | SUBPOENA DUCES TECUM | | | AT&T SUBPOENA CNTR/ |
| 11/14/2011 | 09:00AM | TRIAL DOCKET CALL | RESCHEDULE EVENT | LOUISA ABBOT | |
| 11/1/2011 | | BOND ORDER | | | GRANTED/ |
| 10/31/2011 | | MOTION - TO COMPEL | | | DISCLOSURE OF CONFIDENTIAL INFORMANT/ |
| 10/31/2011 | | MOTION - TO REVEAL DEAL | | | |
| 10/25/2011 | | PETITION FOR BOND/NISI | | | 110111 @ 920AM/ |
| 9/22/2011 | 3:00PM | PLEA HEARING | OTHER | LOUISA ABBOT | |
| 9/15/2011 | | HOLD ORDER | | | |
| 9/15/2011 | 10:00AM | PLEA HEARING | RESCHEDULE EVENT | LOUISA ABBOT | |
| 8/11/2011 | | HOLD ORDER | | | |
| 8/11/2011 | 10:00AM | PLEA HEARING | RESCHEDULE EVENT | LOUISA ABBOT | |
| 6/21/2011 | | MOTION/ORDER FOR PRODUCTION OF STATE PRISONER | | | |
| 6/16/2011 | 10:00AM | PLEA HEARING | RESCHEDULE EVENT | LOUISA ABBOT | |
| 5/19/2011 | | STATES DISCOVERY DISCLOSURE AND DEMAND FOR RECIPROCAL DISCOVERY | | | DISCOVERY DISCLOSURE/DEMAND FOR DISCLOSURE OF WITNESS IDENTITIES AND INFORMATION/DEMAND FOR WITNESS STATEMENTS/DEMAND FOR DISCOVERY REGARDING ALIBI/DEMAND FOR ADDITIONAL DISCOVERY/LIST OF WITNESSES/NTC OF INTENT TO PROSECUTE DEF AS A RECIDIVIST/NTC OF INTENT TO OFFER EVIDENCE IN AGGRAVATION OF PUNISHMENT/NTC OF STATE"S INTENT TO INTRODUCE EVIDENCE OF SIMIALR |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | TRANSACTIONS AND MTN TO ALLOW SUCH EVIDENCE/CERT OF SERV/ |
| 4/12/2011 | 10:00AM | STATUS CONFERENCE HEARING | | LOUISA ABBOT | |
| 3/16/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | REQUEST ENTIRE FILE/ |
| 3/9/2011 | | CONSOLIDATED MOTIONS PACKAGE | | | CERT OF SERV/ |
| 3/8/2011 | | PRETRIAL SCHEDULING ORDER | | | |
| 3/3/2011 10:33:49 AM | | SCREENING | | | Initial Case Screening / Scanning |
| 3/2/2011 | | INDICTMENT | | | |
| 10/19/2010 | | ENTRY OF APPEARANCE | | | J. FOGLE/ |
| 10/19/2010 | | DEFENDANTS ELECTION TO PROCEED UNDER OCGA 17-16-1 | | | |

[Return to Top]

Home | Magistrate Court | Probate Court | State Court | Superior Court | Juvenile Court | Court Forms | Court Fees

© Copyright 2012 - Chatham County Courts